May 21, 1999

| 21683 | Hokama v. Administrative Director of the Courts | Affirmed |